IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0078-05





THOMAS J. DAVIS, Appellant



v.



THE STATE OF TEXAS





ON STATE'S PETITION FOR DISCRETIONARY REVIEW


FROM THE THIRTEENTH COURT OF APPEALS


NUECES COUNTY






 Cochran, J., filed a concurring opinion in which Meyers, Hervey,
and Holcomb, JJ., joined.



O P I N I O N 


 

 I join the majority opinion with the understanding that appellant, though precluded
from raising a claim-alleging the improper extension of his community supervision term-on
direct appeal, is not precluded from raising that same claim in a post-conviction writ of
habeas corpus. 

Filed: June 28, 2006

Publish